Terry HUNTER, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 69976.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 5, 1996.

David Simpson, Asst. Public Defender, Columbia, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Asst. Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion

for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).